No. 92–788. COOK COUNTY, ILLINOIS, ET AL. v. CARSTON ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–790. SCHOCH v. PENNSYLVANIA. Commw. Ct. Pa. Certiorari denied.

No. 92–791. ZAHARIA ET AL. v. MUNICIPAL COURT, CITY OF AURORA, COLORADO, ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–792. PUCKETT v. ALABAMA STATE BAR. Sup. Ct. Ala. Certiorari denied.

No. 92–794. MASSACHUSETTS ET AL. v. GREENWOOD TRUST Co. C. A. 1st Cir. Certiorari denied.

No. 92–797. GALLEGOS ET AL. v. CITY OF ESPANOLA. Sup. Ct. N. M. Certiorari denied.

No. 92–802. O'LEARY v. CITY OF SACRAMENTO ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–803. SPEACHT v. MOBIL CHEMICAL CO. C. A. 11th Cir. Certiorari denied.

No. 92–804. WALLENSTEIN, DIRECTOR, KING COUNTY JAIL v. SCHWENDEMAN. C. A. 9th Cir. Certiorari denied.

No. 92–806. COSSETT ET UX. v. FEDERAL JUDICIARY ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–809. FIELDS v. CLARK UNIVERSITY. C. A. 1st Cir. Certiorari denied.

No. 92–810. LEGG v. UNITED MARKETS INTERNATIONAL, INC. C. A. 5th Cir. Certiorari denied.

No. 92–811. DEUTCSH v. BIRMINGHAM POST CO. Sup. Ct. Ala. Certiorari denied.

No. 92–813. McGOWAN v. MISSISSIPPI STATE OIL & GAS BOARD. Sup. Ct. Miss. Certiorari denied.